IRVING TRUST COMPANY, as Trustee under a Trust Mortgage, Appellant, *v.* REALTY SURETIES, INC., Respondent.

(Argued January 4, 1932; decided February 9, 1932.)

*William O. Robertson* for appellant.

*Meyer C. Solomon* for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.